No. 544, Misc. ROHDE *v.* O'DONNELL, ACTING DIRECTOR. Supreme Court of Illinois. Certiorari denied.

No. 549, Misc. SPENCER *v.* ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 550, Misc. SIEGEL ET AL. *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied. *Julian C. Ryer* for petitioners.

No. 551, Misc. SMITH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 552, Misc. O'HARA *v.* BURFORD, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 559, Misc. SAMPSELL *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

*Rehearing Denied.*

No. 10. AMERICAN COMMUNICATIONS ASSN., C. I. O., ET AL. *v.* DOUDS, REGIONAL DIRECTOR OF THE NATIONAL LABOR RELATIONS BOARD, *ante,* p. 382. Rehearing denied. MR. JUSTICE DOUGLAS, MR. JUSTICE CLARK and MR. JUSTICE MINTON took no part in the consideration or decision of these applications.

No. 13. UNITED STEELWORKERS OF AMERICA ET AL. *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 382. Rehearing denied. MR. JUSTICE DOUGLAS, MR. JUSTICE CLARK and MR. JUSTICE MINTON took no part in the consideration or decision of this application.